JEANNE SCHIMICCI, Appellant, v DERMPATH, INC., et al., Respondents. (And a Third-Party Action.)

Submitted December 1, 2008; decided January 15, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 710 (2008)].

In the Matter of 10 EAST REALTY, LLC, et al., Respondents, v INCORPORATED VILLAGE OF VALLEY STREAM et al., Appellants.

Submitted January 12, 2009; decided January 15, 2009

Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

HERBERT ALTMAN et al., Appellants, v NEW YORK BOARD OF TRADE, INC., Respondent, et al., Defendant.

Submitted December 8, 2008; decided January 20, 2009

Motion for leave to appeal dismissed upon the ground that movant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2).